## 36293. WRIGHT *v.* KELLY.

QUILLIAN, J. The petition in the present case is based on a question involving the title to land. The case, therefore, is within the jurisdiction of the Supreme Court and not the Court of Appeals. Code (Ann.) § 2-3704. *Transferred to the Supreme Court. Felton, C. J., and Nichols, J., concur.*

DECIDED SEPTEMBER 20, 1956.

*Joseph S. Ray, J. Walter Owens,* for plaintiff in error.
*Ernest C. Britton,* contra.